# EXHIBIT LIST

Style: ***King v. Southwest Foodservice***
Case No: **4:17CV2551 CDP**

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
| 5 |  | 1 | 4/22/19 |  |  | 8/15/15 Memo re: meeting with King and Jones | X |
| 6 |  | 1 | 4/22/19 |  |  | 10/16/13 Discipline Notice | X |
| 16 |  | 1 | 4/22/19 |  |  | 8/7/14 grand jury notice | X |
| 8 |  | 1 | 4/22/19 |  |  | 8/21/14 Discipline Notice | X |
| 21 |  | 1 | 4/22/19 |  |  | PLF Work and Grand Jury Duty Schedule | X |
| 1 |  | 1 | 4/22/19 |  |  | Calendar of Monthly Food Ordering schedule | X |
| 22 |  | 1 | 4/22/19 |  |  | Welcome Back Training | X |
| 11 |  | 1 | 4/22/19 |  |  | 10/15/14 termination of Ms. King | X |
| 9 |  | 1 | 4/22/19 |  |  | Sept 2014 Issues at Shenandoah School (2 pages) | X |
| 18 |  | 1 | 4/22/19 |  |  | Plaintiff Earning Statement | X |
|  | E2 | 1 | 4/22/19 |  |  | Cafeteria Manager Position description | X |
|  | G | 1 | 4/22/19 |  |  | Notes of August 15, 2013 meeting with Plaintiff and Jones | X |
|  | G(1) | 1 | 4/22/19 |  |  | Notes of August 15, 2013 meeting with Plaintiff and Jones and Oct 15, 2013 mtg | X |

EXHIBITS RETURNED TO COUNSEL     ☐ EXHIBITS RETAINED BY COURT
**π** = plaintiff     **Δ** = defendant     **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red     **ADMITTED** = use ✔ and  date     **Page 1 of 1**

# EXHIBIT LIST

## Style:  *King v. Southwest Foodservice*
## Case No: 4:17CV2551 CDP

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  | I | 1 | 4/22/19 |  |  | October 16, 2013 Written warning final | X |
|  | H | 1 | 4/22/19 |  |  | October 16, 2013 verbal warning issued to plaintiff | X |
|  | L | 1 | 4/23/19 |  |  | St. Louis Public School 2014-2015 academic calendar | X |
|  | OO | 1 | 4/23/19 |  |  | Plaintiff's Answers to Interrogatories Nos. 8, 10 and 18 | X |
|  | F | 1 | 4/23/19 | X | O/R | Handwritten notes | X |
|  | Q | 1 | 4/23/19 |  |  | August 21, 2014 Employee Discipline Notice | X |
|  | W | 1 | 4/23/19 |  |  | October 15, 2014 Employee Discipline Notice | X |
|  | X | 1 | 4/23/19 | X | O/R`` | October 20, 2014 Grievance Report | X |
| 33 |  | 1 | 4/23/19 |  |  | Plaintiff's Third Amended Answers and Objections to Defendant's First Set of Interrogatories | X |
| 24 |  | 2 | 4/23/19 |  |  | 2014-2015 SLPS Academic Calendar | X |
|  | SS | 2 | 4/23/19 |  |  | August 13, 2014 Employee Discipline Notice | X |
|  | Z | 2 | 4/23/19 |  |  | Page 3 only – Statement of Keisha Murphy | X |
| 4 |  | 3 | 4/23/19 |  |  | Employee Handbook | X |

EXHIBITS RETURNED TO COUNSEL       ☐ EXHIBITS RETAINED BY COURT

**π** = plaintiff    **Δ** = defendant    **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and  date    **Page <u>  2  </u> of <u>    2    </u>**

# EXHIBIT LIST

## Style:  *King v. Southwest Foodservice*
## Case No: 4:17CV2551 CDP

| π's Exh. | Δ's Exh | Witness | ID Date | Obj. | Sust./ O/R | Description | Date Admit |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | Defendant's Interrogatory Answers 6,8, 11 and 12 | X |
|  | J | 5 | 4/23/19 |  |  | May 7, 2014 Attendance Policy Discipline form issued to plaintiff | X |
|  | Z | 6 | 4/23/19 |  |  | Page 1 only statement of Tracy Phillips | X |
|  | RR | 7 | 4/23/19 |  |  | Time Slip Combined Payroll and Billing Report | X |
|  | S | 7 | 4/23/19 |  |  | Issues at Shenandoah, prepared by Susan Smith  (3 pages) | X |
|  | Z | 7 | 4/23/19 |  |  | Page 2 only statement  of Shirley Bruce | X |
| 7 |  | 7 | 4/23/19 |  |  | Attendance Policy Discipline Form | X |
|  | B | 9 | 4/24/19 |  |  | Defendant's Employee Handbook | X |
|  | A | 9 | 4/24/19 |  |  | Collective Bargaining Agreement between defendant and SEIU, Local 1 | X |
|  |  |  |  |  |  |  |  |

EXHIBITS RETURNED TO COUNSEL      ☐ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    **ID** = first date exhibit is used   **W#** = first witness to ID exhibit

1. **OBJ** = Objection  write " Obj" in red    **ADMITTED** = use ✔ and date    **Page 3 of 3**